IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**PETER DAVIS,**

        Petitioner,

    v.                   CASE NO. 17-3110-SAC

**JAMES HEIMGARTNER,**

        Respondent.

**MEMORANDUM AND ORDER**

This matter is before the Court on respondent's motion for an extension of time to file a responsive pleading in this matter. The Court has examined the record and concludes there is good cause for the request.

IT IS, THEREFORE, BY THE COURT ORDERED that respondent's motion for and extension to and including February 26, 2018 (Doc. #7) is granted.

**IT IS SO ORDERED.**

DATED: This 15th day of December, 2017, at Topeka, Kansas.

                                        S/ Sam A. Crow
                                        SAM A. CROW
                                        U.S. Senior District Judge